WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-16-00602-001-PCT-GMS |
| Plaintiff, | **ORDER** |
| v. | |
| Dale Rey Apodaca, | |
| Defendant. | |

The defendant appeared in court with counsel. The defendant's detention hearing was held on the record including a proffer by defense counsel. The Court finds probable cause to believe the defendant violated the terms of his pre-disposition release as alleged in the petition. The Court further finds, pursuant to Rule 32.1(a)(6), that defendant has failed to show by clear and convincing evidence that he is not a flight risk or a danger.

IT IS HEREBY ORDERED that the defendant shall be bound over for further proceedings on the petition to revoke his supervised release.

IT IS FURTHER ORDERED that the defendant is detained as a flight risk and a danger, pending further revocation proceedings.

Dated this 3rd day of August, 2018.

Honorable Deborah M. Fine
United States Magistrate Judge